IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VINCENT PAUL YOUNG, JR., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-3649 |
| | § | |
| RODNEY VANNERSON, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiffs moved for reconsideration of their motion to compel discovery. (Docket Entry No. 38). The court held a discovery hearing on January 22, 2010. Counsel for the defendants did not appear.

Defendant Rodney Vannerson is directed to respond to the plaintiffs' interrogatories by January 29, 2010. The Joint Venture of "Three Friends" is directed to respond to the plaintiffs' request for production by January 29, 2010.

SIGNED on January 22, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge