IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VINCENT PAUL YOUNG, JR., *et al*, | § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-08-3649 |
| RODNEY D. VANNERSON, *et al*, | § § | |
| Defendants. | § § | |

**ORDER**

Plaintiff filed a motion to reset the motion hearing set for December 16, 2913. (Docket Entry No. 130). The motion is granted. The hearing is reset to **December 17, 2013, at 4:30 p.m.**

SIGNED on December 13, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge