IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VINCENT PAUL YOUNG, JR., *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-08-3649 |
| | § | |
| RODNEY D. VANNERSON, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The plaintiffs, Vince Paul Young Jr. and Vince Young Inc., move to alter or amend the order this court entered on May 29, 2014. That order, Docket Entry No. 142, denied the plaintiffs' motion to seal transcripts of court hearings that were filed as Docket Entries No. 136 and 140. The transcripts were unsealed in December 2013, after the court informed the parties and no objection was raised.

The motion to alter or amend, (Docket Entry No. 143), argues that the transcripts reveal the terms of a consent judgment reached through the parties' settlement agreement. The plaintiffs argue that there is no basis to unseal and disclose the terms of the settlement because it was not presented to the court. But although the court was not asked to approve the settlement in advance, the court was asked, on several occasions, to rule on motions challenging the settlement or seeking to have it declared unenforceable. The court held hearings and upheld the settlement. There is no basis to seal the transcripts reflecting those hearings and rulings.

The motion for reconsideration and clarification is denied.

SIGNED on August 6, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge